The Supreme Court docket number is SC 17134.

*Lori Welch-Rubin* and *David Johnson*, in support of the petition.

*Jay T. DonFrancisco*, in opposition.

Decided February 18, 2004

STATE OF CONNECTICUT *v.* ROBERT L. WALKER

The defendant's petition for certification for appeal from the Appellate Court, 80 Conn. App. 542 (AC 23974), is denied.

*Glenn W. Falk*, special public defender, in support of the petition.

*Mitchell S. Brody*, senior assistant state's attorney, in opposition.

Decided February 18, 2004

STATE OF CONNECTICUT *v.* JAMES BUTLER

The defendant's petition for certification for appeal from the Appellate Court, 81 Conn. App. 100 (AC 23371), is denied.

*Donald D. Dakers*, special public defender, in support of the petition.

*Lisa A. Riggione*, senior assistant state's attorney, in opposition.

Decided February 18, 2004